# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

YORDAN ACOSTA-CORTINA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1800

————————————————

November 22, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

Marc A. Joseph, Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.